UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:08-cr-0140-01 (WTL/KPF) |
| | ) | |
| TIMOTHY FENDRICK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Amended Report and Recommendation that Timothy Fendrick be released from the conditions of his supervised release, due to the fact that defendant has complied with/completed/obeyed the supervised release conditions imposed upon him by this Court. The Court now approves and adopts the Report and Recommendation as the entry of the Court, and releases defendant from his conditions of supervised release.

SO ORDERED this 17th day of August, 2011.

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Brad Blackington,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis,   IN 46204

U. S. Parole and Probation

U. S. Marshal